UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 8:17-cr-266-T-23JSS

JOSEPH BISHOP

_____/

## THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendants, it is hereby **ORDERED** that the Defendants shall be released on the condition below:

The above named Defendants are placed in the custody of:

Carol A. Bishop
3106 E. Chipco Street
Tampa, FL 33605
813-403-0817

who agrees (a) to supervise the Defendants in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendants at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendants violates any condition of his/her release or cannot be located.

_Carol Bishop_
Signature of Custodian

### Acknowledgment by Defendant

I, Joseph Bishop, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition or fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

_Joseph Bishop_
Joseph Bishop

Address same as above.

**RELEASE ORDERED:**

_[signature]_
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2017