UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-266-T-23JSS

JOSEPH BISHOP
    a/k/a Joseph Dean Bishop

## STATUS REPORT

The United States of America hereby files the following status report pursuant to Fed. R. Crim. P. 17.1.  In response to the inquiries in the Court's Order of June 30, 2017 (Doc. 8), the United States states as follows:

1. **A brief summary of the case's status:**

On May 25, 2017, the grand jury returned a one-count indictment charging the defendant with one count of being a convicted felon in possession of firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  The defendant appeared for his arraignment before United States Magistrate Judge Thomas B. McCoun, III on June 29, 2017.  The defendant's bond hearing was held on June 30, 2017.

2. **The possibility of a plea agreement as to the defendant**:

No plea agreement is currently anticipated at this time. The United States will provide discovery to the defense the week of July 10,

2017.

3. **The number of days for trial each side requires**:

If this case were to go to trial, the parties agree that the trial would last approximately three days with jury selection.

4. **A list of all pending motions, the dates on which they were filed, and whether they are ripe for determination**:

There are no pending motions in this case.

5. **A brief explanation as to whether a potential speedy trial problem exists**:

No speedy trial issue exists at this time.

The United States has consulted with counsel for the defendant herein, and both parties agree to the above information.

        Respectfully submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

By:   */s/ Kaitlin R. O'Donnell*
       KAITLIN R. O'DONNELL
       Assistant United States Attorney
       United States Attorney No. 167
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6103
       E-Mail: Kaitlin.ODonnell@usdoj.gov

U.S. v. Joseph Bishop    CASE NO. 8:17-cr-266-T-23JSS

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Howard Anderson, AFPD

          /s/ Kaitlin R. O'Donnell
          KAITLIN R. O'DONNELL
          Assistant United States Attorney
          United States Attorney No. 167
          400 North Tampa Street, Suite 3200
          Tampa, Florida 33602
          Telephone: (813) 274-6000
          Facsimile: (813) 274-6103
          E-Mail: Kaitlin.ODonnell@usdoj.gov

*T:\\_Cases\Criminal Cases\B\Bishop, Joseph_2017R00119_KRO\p_status report July 2017.docx*