UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:17-cr-266-T-23JSS

JOSEPH BISHOP

## BILL OF PARTICULARS
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Superseding Indictment filed in the above-styled criminal case:

1. Taurus PT111 Pro, 9mm pistol, serial number TDN54794;

2. Bersa Thunder, .380 caliber pistol, serial number 865353;

3. 22 rounds of Aguila 9mm ammunition; and

4.  3 rounds of Hornady .380 ammunition.

        Respectfully Submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

By:   *s/Suzanne C. Nebesky*
        SUZANNE C. NEBESKY
        Assistant United States Attorney
        Fla. Bar No. 59377
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Tel:  (813) 274 6000
        Fax:  (813) 274 6247
        E-mail: Suzanne.nebesky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

        *s/Suzanne C. Nebesky*
        SUZANNE C. NEBESKY
        Assistant United States Attorney