UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:17-cr-266-T-23JSS

JOSEPH BISHOP
_____/

**ORDER**

The United States must respond to Joseph Bishop's motion to suppress (Doc. 28) by 5:00 p.m. on August 16, 2017. An evidentiary hearing on the motion to suppress will occur on August 17, 2017 at 10:30 a.m. in Courtroom 15A of the United States Courthouse in Tampa, Florida.

ORDERED in Tampa, Florida, on August 8, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE