UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 8:17-cr-266-T-33JSS

JOSEPH BISHOP,

    Defendant.
_____/

**O R D E R**

        The Defendant is before the court on a petition alleging violation of conditions of pretrial release (Doc. 56).  By the allegations, the Defendant tested positive for the use of marijuana and a diluted specimen on August 29, 2017.  A hearing on the petition was conducted this date and Defendant was offered a hearing to contest the allegations, but declined, admitting his use of the marijuana.  The Defendant requested he to be allowed continued liberty pending further proceedings in this cause.  The government seeks detention in the circumstances of this case where the Defendant has now been convicted of the offense of felon in possession of a firearm and is facing a term of incarceration.

        The Defendant stands convicted after a non-jury trial and has been adjudicated guilty of the offense of felon in possession of a firearm.  He is pending sentencing.  In accordance with 18 U.S.C. § 3143, where the Defendant is facing a term of incarceration, detention is the presumed disposition unless the court makes findings by clear and convincing evidence that the Defendant is not likely to flee and is no danger to the safety of a person of the community.  In the circumstances of this case, the court

declines to make such findings. The Defendant has had a difficult time maintaining residence consistent with the court's original order. There is family discord which complicates his residential circumstances and portends potential domestic problems. Additionally, this is not the first time the court has had to address the Defendant's conduct while on release. Given his prior convictions and drug and alcohol use, Defendant was fairly advised from the outset that he was on a "short leash" in terms of his conduct while out on bond. He has now breached the court's trust for the last time.

Upon consideration, the Court concludes that the Defendant's prior Order of Release (Doc. 12) be VACATED and the Defendant is ordered DETAINED pending sentencing in this cause.

**Done and Ordered** in Tampa, Florida this 21st day of September 2017.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE